```
EMILEIGH LAUREN WILLIAMS        MERIT HEALTH WESLEY
775 PURVIS TO BAXTERVILLE RD    5001 HARDY ST
PURVIS, MS 39475                HATTIESBURG, MS 39402



THOMAS C. ROLLINS, JR.          MICHAEL WILLIAMS
THE ROLLINS LAW FIRM, PLLC      775 PURVIS TO BAXTERVILLE RD
P.O. BOX 13767                  PURVIS, MS 39475
JACKSON, MS 39236



BARCLAYS BANK DELAWARE          PROFESSIONAL ACCOUNT S
ATTN: BANKRUPTCY                PO BOX 188
PO BOX 8801                     BRENTWOOD, TN 37024
WILMINGTON, DE 19899



CONNEXUS CREDIT UNION           REGIONAL FINANCE
ATTN: BANKRUPTCY                979 BATESVILLE RD
PO BOX 8026                     GREER, SC 29651
WAUSAU, WI 54402



CREDIT ONE BANK                 RELIAS EMERGENCY MEDIC
6801 CIMARRON RD                P.O. BOX 30275
LAS VEGAS, NV 89113             CHARLOTTE, NC 28230-0207



FORREST GENERAL                 SYNCHRONY BANK
6051 US 49                      ATTN: BANKRUPTCY
HATTIESBURG, MS 39401           PO BOX 965060
                                ORLANDO, FL 32896



HATTIESBURG CLINIC              TARGET
415 SOUTH 28TH AVE              PO BOX 9475
HATTIESBURG, MS 39401           MINNEAPOLIS, MN 55440



INLAND FAMILY PRACTICE          TD AUTO FINANCE
908 W PINE ST                   ATTN: BANKRUPTCY
HATTIESBURG, MS 39401           PO BOX 9223
                                FARMINGTON HILLS, MI 48333



MARINER FINANCE                 THE 1ST
ATTN: BANKRUPTCY                6480 HWY 98 W
8211 TOWN CENTER DR             HATTIESBURG, MS 39402
NOTTINGHAM, MD 21236
```