**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE:

    EMILEIGH LAUREN WILLIAMS           CASE NO.  25-50648-KMS
                                                                        CHAPTER 7

    Debtor.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that the firm of Evans Petree PC will represent the interests of TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

    Jacob Zweig, Esq.
    Evans Petree PC
    1715 Aaron Brenner Drive, Suite 800
    Memphis, TN  38120

                                          /s/ Jacob Zweig
                                          Jacob Zweig, Esq. (MS Bar No. 104725)
                                          Evans Petree PC
                                          Attorneys for TD Bank
                                          1715 Aaron Brenner Drive, Suite 800
                                          Memphis, TN  38120
                                          (901) 525-6781 telephone
                                          (901) 374-7486 fax
                                          jzweig@evanspetree.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 9th day of May, 2025, a copy of the foregoing electronically filed Notice was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS  39236

Emileigh Lauren Williams
775 Purvis To Baxterville Rd
Purvis, MS  39475

Derek A. Henderson
Chapter 7 Trustee
1765-A Lelia Drive, Suite 103
Jackson, MS  39216

/s/ Jacob Zweig
Jacob Zweig
Evans Petree PC